**3-15CR0181-N**

# Transfer of Jurisdiction

| | |
|---|---|
| Case Number (Trans. Court) | 3:96-CR-105-001 |
| Case Number (Rec. Court) | To Be Assigned |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| JIMMY NIXON | Middle District of Louisiana | Baton Rouge |

| | | |
|---|---|---|
| Name of Sentencing Judge | U.S. District Judge Frank J. Polozola | |
| Dates Of Probation/Supervised Release | From: December 27, 2013 | To: December 26, 2016 |

**Offense**
Counts 1-6: Mail Fraud, 18 USC § 1341 and 2; Count 7-14: Wire Fraud, 18 USC § 1343 and 2; Counts 15-17, Money Laundering, 18 USC § 1956(a)(1)(A)(i) and 2; Counts 18-25, Money Laundering, 18 USC § 1956(a)(1)(B)(i) and 2; Counts 26-29, Money Laundering, 18 USC § 1957(a) and 2

## PART 1 - ORDER TRANSFERRING JURISDICTION

**U.S. District Court For The Middle District of Louisiana**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Northern District of Texas, Dallas Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court*

1/30/15
Date

_____
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

**U.S. District Court For The Northern District of Texas Dallas Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/7/15
Effective Date

_____
U.S. District Judge