IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

───────────────────────────────────────

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 3:15-CR-181-N |
| JIMMY NIXON | |

ORDER MODIFYING CONDITIONS OF BOND

On March 13, 2017, the Court held a final hearing on a Petition for Offender under Supervision.  At this hearing, the Court found that the defendant violated conditions of supervision, revoked his supervision, and ordered him to self-surrender to the Bureau of Prisons no later than June 5, 2017.  The Court further ordered the following conditions of bond be imposed pending the defendant's self-surrender:

1. The defendant shall not have any contact or communication with Bishop Raphael Williams, of Hibbard Street, Detroit, Michigan, and of Faith Assembly, 750 Alter Road, Detroit, Michigan, and 1330 Crane Street, Detroit, Michigan.

2. The defendant shall not have any contact or communication with Bishop Alton Gatlin of the Gethsemane Church of God in Christ, Lafayette, Louisiana.

**SO ORDERED.**

March 15, 2017

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE